IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** King, Maneeka S

Printed: 3/25/08

Case Number: 07 B 19178
Judge: Wedoff, Eugene R
Filed: 10/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,349.92 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,349.92 |
| Totals: | 1,349.92 | 1,349.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 5. | Real Time Resolutions | Secured | 1,585.00 | 0.00 |
| 6. | Home Loan Services | Secured | 7,180.00 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 16.50 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 18.10 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 59.62 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 49.58 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 55.72 | 0.00 |
| 12. | RJM Acquisitions LLC | Unsecured | 7.44 | 0.00 |
| 13. | James L Orrington DMD | Unsecured |  | No Claim Filed |
| 14. | Pyramid Alarm | Unsecured |  | No Claim Filed |
| 15. | Recievable Recovery Systems | Unsecured |  | No Claim Filed |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | Bally Total Fitness | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 8,971.96 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   King, Maneeka S | Case Number:  07 B 19178 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  10/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

